RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/3/05

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 12 2005

ERT H. SHEMWELL, CLERK
_____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PETRY** | **CIVIL ACTION NO. 05-0957** |
| | **SECTION P** |
| **VS.** | |
| **WARDEN, LAF. CORR. CENTER** | **JUDGE MELANÇON** |
| | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Findings and Recommendation in the record;

**IT IS ORDERED** that the instant second and successive petition for writ of *habeas corpus* is hereby **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit in accordance with 28 U.S.C. §2244(b)(3) for further proceedings by that Court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 3rd day of August, 2005.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 8/4/05
BY
TO